**DENIED and Opinion Filed April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00543-CV

### IN RE YAN BENJAMIN WILHELM ASSOUN, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-55049-2009**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

Relator filed this petition for writ of mandamus contending that the trial court's orders will prevent him from establishing the defense of remarriage in opposition to the attempts of real party in interest to enforce an order for payment of spousal support. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relator has failed to establish a right to relief at this time.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Lana Myers/
LANA MYERS
JUSTICE

150543F.P05